UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIR FERNANDEZ,<br><br>               Plaintiff,<br><br>  -against-<br><br>LA GLADYS RESTAURANT INC, et al.,<br><br>               Defendant. | 24cv01524 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on January 28, 2025, the parties shall file a proposed case management order by February 7, 2025. That proposed order shall set the conclusion of all discovery by June 7, 2025 and shall provide for joint monthly updates on the status of discovery beginning on February 28, 2025. A renewed mediation referral order will be issued separately.

DATED: January 28, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge