UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jair Fernandez,

          Plaintiff,

-against-

La Gladys Restaurant Inc,

          Defendant.

24cv01524 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    If Counsel for La Gladys Restaurant wishes to appear on behalf of the individual defendants, he shall, by February 3, 2025, re-file file his Notice of Appearance (ECF 40) and select the two individual defendants as filers. SO ORDERED.

DATED: January 31, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge