UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIR FERNANDEZ,

              Plaintiff,

-against-

LA GLADYS RESTAURANT INC, et al.,

              Defendants.

24-CV-01524 (JHR) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    My Order dated January 28, 2025, required the parties to file a monthly joint letter regarding the status of discovery by March 31, 2025. (*See* ECF 56.) The parties have not complied. I am sua sponte extending the deadline for the joint status letter nunc pro tunc until tomorrow, **April 2, 2025.**

DATED: April 1, 2025
             New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
ROBYN F. TARNOFSKY
United States Magistrate Judge