UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X

JAIR FERNANDEZ,

                          *Plaintiff*,

     -against-

LA GLADYS RESTAURANT INC.,
JUAN ANTONIO AGUILAR and
GLADYS BARSOLAS, individually,

                       *Defendants.*

Civil Action No.

**1:24-cv-01524-JHR**

~~**PROPOSED FORM OF**~~
**JUDGMENT**

------------------------------------------- X

## JUDGMENT

On June 18, 2025,, the Plaintiff filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiff, JAIR FERNANDEZ, has a judgment against LA GLADYS RESTAURANT INC., JUAN ANTONIO AGUILAR, and GLADYS BARSOLAS, jointly and severally, in the amount of Thirty Thousand Dollars ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated:  June 30 , 2025

                                              *Jennifer H. Rearden*
                                        UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to cancel all deadlines, terminate all pending motions, and close this case.